Stephen David Detar

vs

Ingred Griffith
AND
MIDDLESEX county

NO.

[stamp: 2004 OCT 18 P 6:55 U.S. DISTRICT COURT DISTRICT OF MASS.]

Complaint

① Stephen Detar is a resident of Somerville Massachusetts and a citizen of the United States born in Burlington Vermont.

② Ingred Griffith is a citizen of Barbados

③ Kettlyne a co defendant is a citzen of Jamaca

④ other codefendants who i will name in my affidavit are united states citizens,

⑤ This court has jurisdiction over this matter pursuant to 28 USC §1331

⑥ I Stephen Deter met Ingred Griffith in 1994 we dated for several months she became pregnant. We were both happy and looked forward too becoming first time parents.

⑦ In December of 1994 Ingred informed me (over the phone) that I was not going to be the childs father that I was only going to pay. And that my name would not be on the birth certifacute.

⑧ I acompanyed Ingred to the somerville well fare office. whe a women Maria Duwate told me that I was the abandoning father and too fill out the forms giving all of my information

⑨ I explained to Maria that I was being abandoned and that Ingred had told me that this is what all non U.S. citizens did. too stay in the country

⑩ I made an affidavit to this affect and had Both Ingred and Maria Sign if I was not given a copy

⑪ When my son was born my name was not put on the birth certifacate I went threw three years of haggaling in the probate court and finally with the help of a women from DSS named Gloria Porter and Judge Dilday I was given the legal rights too my son and my name off his birth certiEacate. <u>Aug 5, 1998</u>

⑫ Ingred and I where not ever a real couple. in fact I am in a nine year relationship with another women Marisa Venturi. We share a son who is now four years old. We all miss Tyson very much.

⑬ The situation is this Ingred was given free houseing by the cambridge houseing Department. She also recieves food stamps she recieves fuel asistance she figured out that she could colect SSI disabilaty checks for our son if she claimed he was disabled. She also works and is given all of the tax money she pays or is taken out of her paychecks as long as she retains custody of our son.

⑭ I am not into this fraud. and do not want my son raised to believe that he is sick mentally and told this to Ingred in Sept. 2002 and that I intended to stop it.

⑮ We had been living together for six months. I had been convicted of spitting on an EMT in suffolk county by a corupt ADA DANA LUCCES who is now an

Assistant US state Attorney General. She had the EMT change his story at a second trial at the first trial I was found not guilty for hitting the EMT. "I refused to go in the Ambulance" is what he said I the second trial he denied stateing that. The jury at the second trial was led to believe there was no first trial. The Judge refused too allow my Lawyer to cross examine the EMT with the first trials tape.

(16) So I was paroled to Ingreds house. after the parole was over 9/11/02 I wanted out of Ingreds house and intended to bring Tysen with me. I allways maintained my own home Tyson was always with me I had full custody of him a one point. but was blackmailed into giving Ingred Joint custody.

17) Ingred called DSS gloria Porter who although got my name a the birth certifacate she also I came to find out was a twister and a hider in the facts and how she portrayed me and ingred in her reports. In any event.

18) the school was haveing an IEP meeting wich I always attended. not DSS I was not in the mood to deal with them and did not go. latter I found out that (in review of the IEP report) the teacher wanted my son hospitalized at cambridge city hospital for an evaluation she the teacher had been mentally abuseing my son by not helping him when he asked for help and then antaganizing him the entire way all the while claiming that he was mentally ill.

19) I was livid at this point and just days latter Ingred told me she was going to bring tyson to CCH. That night I went to the hospital found my son sleeping on the floor with mom on a couch

20) I moved to discharge him the police were called. He wanted to inform me of my rights around the corner. I refused signed my son out and took him home. he had an MRI prescedualed for two days later the hospital was told this the school knew it but they attempted to red line me to CCH

21) The Dr Threatened me with DSS and a 51 A report. Nov. 18, 2002 When the police would not arrest me.

22) Tyson went to the MGH for the MRI He is fine there are no abnormalaties. DSS came to ingreds house that same day. He tried to get us to not take him to MGH too meet with them insted. The worker Luz Mendez told me I was neglecting my son and that was all there was too it. and that he was missing school he was just playing a sick game.

(23) The teacher Mckenzie continued to play her end when tyson was brought back to skool. they still wanted the Cambridge city hospital evaluation

(24) Tysons mother told him that I had moved out of the house because I did not love them and that he was allalone with her he put a knife to his neck. When I was told by ingred that they had a fite and his behaveior was bad I said we will take him too child hospital on longwood Ave

(25) He was there for 10 days they wanted him on tenex and rispurdon if he could not be controled by mom at home or the teacher at skool. I said then he can not be at home or with that teacher I was allowed to take him to my home on a pass. I'm the better parent.

(26) Tyson was discharged to our custody.

27) Tyson went back to the same teacher sedated. DSS sent me a letter claiming that I had been found in neglect and that I should call there office for services.

28) I called the office and was speaking with Dwight Gladfelter I told him I did not want my son so sedated it was at the point of him being poisoned. and that equally important I wanted his class room changed he said he would look in to it.

29) What he did in fact was tell Kettlyne Cine a case worker to tell the mom and the school to keep medicating Tyson and not to listen to me that my name was not on the birth certifacate nor was I a judacated the father. and that mom was to seek a restraining order. Kettlyne cine did all of this

30) Ingred refused to take tyson back to the hospital she would give him extra pills in front of me just to get

a reaction out of me laughing the entire time it was all a big joke.

(31) finally I got the after care Dr H I called and made the apointment that same day Ingred went to get a restraining order. I went too and told the judge what was going on he told me to take my son so as Ingred and DSS would not get false credit.

(32) The Dr agreed with me Tyson was being way over medicated she Dr Rosenblume gave me a letter to fax to the school to stop to dosages being given there. The school was upset and told (SI4) DSS Ty was not getting his meds at home.

(33) I went to the DSS office showed the Dr Rosenblume letter. DSS (Kettlyne Cine) wanted to keep the letter.

(37) my sons class was not changed but he has his witts about him and was able to out smart his teacher wich made her very angry. She is handycaped and and angry non hetteralsexual. She once again on march 6, 2003 claimed problems on tyson mom was called Tyson was taken to CCH by ambulance.

(38) I was called after the fact when I arived at CCH Dr Bruce Hessuk the first Dr in Novebr 02 told me (after two hours of waiting and many calls to cambridge Police I spoke with an officer King who told me that I had no rights) Dr Hessuk told me that he filed a 51A and that DSS had taken me to court and taken my parental rights. and that I should just leave.

(39) I told him that never happened that way and his SLA was fraud and that still had custody.

(40) the next day (because it was by now 7pm) I went to the probate court they gave me a copy certified of the custody order. and the statute explaing what he Dr Hessuk was doing was kiddnapping

(41) Back to the hospital. Dr Hessuk says No I can do this can I keep this for my records I couldn't beleve it then I called the police again officer King tells me Dr Hessuk called first and that they demanded to know where I was I'm back at the probate court the police show up take copies of my order and Kiettlyne cines letter of slander and then tell me that they are not going to arest him the police reports read back words

42) Kellyne Cine wrote an affidavit for an Emergency C+P march 18, 2003 I wrote an affidavit for a restraining order for Ingred to stay away from my son.

43) DSS in conjuction with Lawyers police and the Cambridge District court clerks offices where able to decieve the judges in the district and probate court by lying under othe and in affidavits. So that it apeard as though I was CRAZY and Violent when my Lawyer filed a dismissal motion in the Juvenil court march 24, 2003 Dwight Gladfelter And Kettlyne cine tried to extort me with a service plan.

44) Gladfelter was tapeing all of my conversations unbenourced to me when he could not make me sign the service plan before my motion

was herd he told Detective Brady cambridge that he had a tape of me makeing gun and Bomb threats. Brady ~~went~~ went to the District court and got a warant for my areast I went to the police station and sat in jail for four months listening to every ADA tell every Judge how there was a tape

(45) In the Grand jury minutes Gladfelter says no tape Ingred says I had No ~~s~~ custody Hassek says I cornerd him Cine says I threatened her 3/18/03 3/24/03

(45) The Probate court ~~judges~~ stole the hospital discharge ~~report~~ report the cine letter The Juvenil court clerk and Judge Tyre stole the Cine affidavit for custody. The Supcrior court Judge says I can't have any of DSS (cine) affidavits to crossexamine at trial

46) march of 2004 I ~~rent~~ rented a condo on the beach in revere from suffock county DA secretary Connie Valenti ADA John Verner got my bail revoked on a complaint from Ingred filed the day she was to apear at the probate court for contempt.

47) three more months in Jail and then oh sorry we made a mistake dismissed. after Ingred was given a lawyer too go over to the probate court and claim I was crazy in bridgwater and would not stop calling her.

48) I have certified types from the probate court were the judges allowed her to change and change and change her storey from each court date to court not to mention the district court clerk magistrait Moscow who tells me to get lost when I want to take out complaints.

(49) The chief Justice Bernstien has Four ~~three~~ motions in front of her ① Tyson has a right to refuse medication if there is no disabilaty ② Produce the discharge report from CCH of Tyson Peter where no definate disabilaty was found only experiments with medication and slander of father are indacated ③ Tyson has the right to see DAD And Brother. But Bernstien will not rule. ④ I supeade Tyson to a 9/11/04 court date mom refused to bring him in

(50) I'm not convicted of anything and to violate my rights by waiting until after some trial that will not happen is sick I'm inocent untill proven guilty

(51) I want the US court to listen to the tapes of contempt (kiddnapping) then force the courts to turn over the documents. make this Moscow stop racateering. And most importly have my son Brought to this court and given back to his Dad. Money would be nice.

Stephen Peter
Stephen Peter
17 Oxford St
Somerville MA 02143
617-625-3908