```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


STEPHEN DETAR,
          Plaintiff,
                                    C.A. No.  04-12202-RCL
     v.

INGRED GRIFFITH and
MIDDLESEX COUNTY, ET AL.,
              Defendants
```

## ORDER OF DISMISSAL

LINDSAY. D.J.

In accordance with the Memorandum and Order dated February 22, 2005 dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED without prejudice in its entirety.

```
                                    BY THE COURT,

                                    /s/ Lisa Hourihan
                                    Deputy Clerk
Dated: February 23, 2005
```

1