UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2005 FEB -4 P 1:35
U.S. DISTRICT COURT
DISTRICT OF MASS.

STEPHEN DETAR,
　　　PLAINTIFF

C.A. NO.
04-12202-RCL

INGRED GRIFFITH AND
MIDDLESEX COUNTY, ET AL.
　　　DEFENDANTS

## MOTION FOR RESTRAINING ORDER

① FOR OVER TWO YEARS I HAVE BEEN COMPLAINING THAT MY S HAS BEEN ABUSED AND KIDNAPPED.

② MY ATTORNEY LISA BETHUNE AGREES AND HAS FILED A MOTION IN THE MIDDLESEX SUPERIOR COURT NOT ONLY TOO THE AFFECT OF THE KIDNAPPING BUT ACTIVATY OF MISSCONDUCT

③ I HAVE ALSO REREQUESTED FOR INFORMATION THREW THE MIDDLESEX JUVENILE COURT (ADIO-TAPES OF REQUIRED AFFIDAVIT VERBALIZATION)

④

④ THESE TWO MOTIONS ARE IRAFUTABLE AND THE COVER UP of MY SONS ABUSE AND KIDNAPPING WILL BECOME EXPOSED.

⑤ THE DISTRICT ATTURNEY IS INVOULED AND CAN NOT BE DISINVOLED THREW THE CASE BEING DISMISSED NOR THE DEPARTMENT OF SOCIAL SERVICE. FOR IT WAS THREW THEM THAT MY SON WAS TAKEN FROM ME VIA THE CAMBRIGDE POLICE AND COURT HOUSE.

⑥ I AM IN FEAR FOR MY LIFE THE ADA JOHN VERNER FOLLED ME DOWN THE ELEVATOR AFTER GETTING THE MOTION DAY FORWARDED. FRAN CONGO THE DSS ATTURNEY GLARED AT ME WHEN I FILLED THAT MOTION. THEY (DSS) ALSO HAD THAT MOTION FORWARDED.

⑦ THERE IS ONLY ONE WAY OUT. FOR ME TOO BE PUT BACK IN JAIL ON A RESTRAINING ORDER VIOLATION VIA ANOTHER FALSE COMPLAINT. WITCH IS THE ROOT OF MY COMPLAINT.

⑧ PLEASE GRANT ME A RESTRAINING ORDER AND DEMAND THAT THESE PEOPLE RETURN MY SON TOO ME.

SIGNED UNDER THE PAINS OF PURJURY THIS 4th DAY OF FEBUARY 2005

Stephen Potter
17 OXFORD ST
Somerville MA. 02143
617-785-3936